481 A.2d 610

**In the Matter of the Arbitration between the CITY OF ERIE, Pennsylvania,**

**and**

**The INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 293.**

**Appeal of the CITY OF ERIE, Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 1984.

Decided Sept. 24, 1984.

Carl M. Carlotti, Deputy City Sol., Erie, for appellant.

Richard J. Joyce, Asst. City Sol., D.R. Pellegrini, City Sol., Pittsburgh, for amicus curiae City of Pittsburgh.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.